U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 12 2014

CLERK, U.S. DISTRICT
By ____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LAURA BILBERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-117-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Laura Bilberry is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under Title II of the Social Security Act. On February 19, 2014, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until March 5, 2014, in which to file and serve objections. Neither party filed an objection. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has decided to adopt the

magistrate judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, that based on the application filed on August 27, 2009, plaintiff, Laura Bilberry, is not entitled to a period of disability or disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(i) and 423, respectively, at any time through September 30, 2009, be, and is hereby, affirmed.

SIGNED March 12, 2014.

_____
JOHN McBRYDE
United States District Judge